# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYAA ATIF ABDULKAREEM, | No. 2:20-CV-2308-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On February 10, 2021, the Court directed Plaintiff to show cause in writing why this action should not be dismissed for failure to submit service documents to the United States Marshal as directed. See ECF No. 6. Plaintiff filed a response on February 11, 2021, showing that service documents have now been submitted. See ECF No. 8. According, the order to show cause is discharged.

IT IS SO ORDERED.

Dated: February 24, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1