**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ALYAA ABDULKAREEM**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ALYAA ABDULKAREEM, | No.   2:20-cv-02308-DMC(SS) |
| Plaintiff, | |
| | **MOTION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Kilolo Kijakazi, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Plaintiff Alyaa Abdulkareem and defendant Commissioner of Social Security, through their undersigned counsel, stipulate that plaintiff may have until September 7, 2021, to file her motion for summary judgment.

    This is a second request, of two additional business days. Plaintiff's counsel acknowledges the recent change in court policy regarding the handling of Social Security appeals. However, besides the work referred to in the recent, prior request for extension of time, counsel unexpectedly

[Pleading Title] - 1

had to prepare an entire opening brief and excerpts of record for the Ninth Circuit, meaning two such opening briefs, aside from everything else, including briefs in this Court and an eight-page, single-spaced letter-brief to the Appeals Council, have been prepared since that earlier request was made August 12.

Dated:   September 1, 2021
/s/    *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:  September 1, 2021
*/s/ per e-mail authorization*

DANIEL TALBERT
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to September 7, 2021.

SO ORDERED.

Dated:  September 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE