PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
　　Social Security Administration
　　160 Spear Street, Suite 800
　　San Francisco, CA 94105
　　Telephone: (510) 970-4860
　　Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALYAA ABDULKAREEM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:20-cv-02308-DMC<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF |

　　　　The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition in this case. In support of this request, the Commissioner respectfully states as follows:

　　　　1.　　Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

　　　　2.　　Defendant's response to Plaintiff's opening brief is currently due October 22,

2021.  Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawai'i, Nevada, and Guam.

4. The Region IX Office employs 44 staff attorneys, of whom 30 are actively handling civil litigation involving the Social Security program in the eight assigned jurisdictions. Most of the attorneys who handle program litigation cases have additional responsibilities, such as litigating in other practice areas described below, acting as Jurisdictional leads, reviewing the work product of junior attorneys, conducting trainings, and participating in national workgroups. In addition, because of attorneys taking unexpected leave or resigning, the Region IX Office has had to re-assign dozens of cases and substitute in new counsel who have had to absorb these re-assigned cases into their existing caseloads.

5. As of September 14, 2021, the Region IX Office has 404 district court briefs due in the next sixty days in the jurisdictions it handles; at least 300 of these are due in the next thirty days.  In addition, the Region IX Office has nine appellate cases pending for briefing.

6. In addition to "program" litigation, the Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories.  These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including Regional office client requests for advice on program issues, employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, and torts.  Because of the high volume of program litigation cases, the Region IX Office has had to focus its efforts on processing only other workloads that are subject to statutory, regulatory, and court deadlines.

7. The undersigned attorney has six briefs due in district court cases over the next week, with another over the next month, for a total of thirteen over the next month.  The undersigned attorney for Defendant is also responsible for reviewing the work of two new

attorneys in the Region IX Office.

8. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of October 22, 2021. Therefore, Defendant seeks an extension of 30 days, until November 22, 2021, to respond to Plaintiff's opening brief.

9. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until November 22, 2021, to file her response.

Respectfully submitted,

DATE: October 15, 2021          */s/ Jesse Kaplan*
                                JESSE KAPLAN
                                Attorney for Plaintiff
                                (as approved via email)

                                PHILLIP A. TALBERT
                                Acting United States Attorney

DATE: October 15, 2021    By    */s/ Daniel P. Talbert*
                                DANIEL P. TALBERT
                                Special Assistant United States Attorney

                                Attorneys for Defendant

## ORDER

Pursuant to stipulation, it is so ordered.

Dated: October 18, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

3