**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ALYAA ABDULKAREEM**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **ALYAA ABDULKAREEM,** | No.   2:20-cv-02308-DMC(SS) |
| Plaintiff, | STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Kilolo Kijakazi, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant._____/ | |

The parties, through their undersigned counsel stipulate and agree that plaintiff may move the Court for an extension of time to December 10, 2021, to file a reply brief.

This is a first request. It extends the due date by one week, if the reply brief were otherwise due 14 days after defendant's cross-motion is filed. Plaintiff's counsel must complete other briefing and hearing-level work.

[Pleading Title] - 1

Dated:   November 29, 2021                       /s/   *Jesse S. Kaplan*
                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff


                                                 PHILLIP A. TALBERT
                                                 Acting United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Regional Counsel, Region IX
                                                 Social Security Administration

Dated:   November 29, 2021                       */s/   Daniel P. Talbert*
                                                 DANIEL P. TALBERT
                                                 Special Assistant U.S. Attorney
                                                 Attorney for defendant

## ORDER

For good cause shown, the requested extension of plaintiff's time to file a reply brief in support of plaintiff's motion for summary judgment is GRANTED. Plaintiff's reply brief is due December 10, 2021.

SO ORDERED.

Dated:  December 2, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE